JUSTICE COURT OF THE STATE OF NEW YORK
VILLAGE OF SADDLE ROCK

PEOPLE OF THE STATE OF NEW YORK,

                                                               **JUDGMENT**

    -against-

**JIANJUN LI & CHIXIN FANG**

      The issues in this action having duly been tried before the Village Justice Court, Hon. Julia Gavriel presiding, held at the courthouse at 18 Masefield Way in Great Neck, New York on March 27, 2017, with the People and the defendants convening, with the Court hearing all testimony, reviewing all documentary evidence, and assessing the credibility of all witnesses, and having rendered a verdict for the Village of Saddle Rock against Defendants Jianjun Li and Chixin Fang for a penalty in the amount of TWO HUNDRED TWO THOUSAND and no/100 ($202,000.00) DOLLARS, for the continuing violation of Saddle Rock Code 48-13(B) & (C) (the "Code"), which violation was ongoing from February 17, 2016 until the commencement of trial on March 27, 2017; and the Court having calculated the civil penalty pursuant to the Code assessed against the defendants at the amount of FIVE HUNDRED and no/100 ($500.00) DOLLARS per day for a total of FOUR HUNDRED FOUR (404) days.

      Now, on motion of James T. Murphy, Esq., it is

      **ORDERED, ADJUDGED and DECREED**, that the Village of Saddle Rock, recover of defendants Jianjun Li & Chixin Fang, the sum of TWO HUNDRED TWO

THOUSAND and no/100 ($202,000.00) DOLLARS, plus interest at the legal rate from October 17, 2017, and that the Village of Saddle Rock have execution therefor.

This constitutes the decision and order of the Justice Court.

DATED:   November 1, 2017
         Great Neck, New York

*UmBabino*
Ursula Babino, Village Clerk